1    VENABLE LLP
     Daniel S. Silverman (SBN 137864)
2      dssilverman@venable.com
     Matthew M. Gurvitz (SBN 272895)
3      mmgurvitz@venable.com
     2049 Century Park East, Suite 2300
4    Los Angeles, CA 90067
     Telephone: (310) 229-9900
5    Facsimile: (310) 229-9901

6    Attorneys for Defendant
     STAGES OF BEAUTY, LLC
7

8

9              **UNITED STATES DISTRICT COURT**

10          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12   MATTHEW LOPEZ, Individually and on behalf of all others similarly situated, | CASE NO.: 3:17-cv-01888-MMA-KSC |
| 13 | Hon. Michael M. Anello |
| 14          Plaintiff, | Courtroom 3D, 3rd Floor |
| 15          v. | **CLASS ACTION** |
| 16 | **DEFENDANT STAGES OF BEAUTY, LLC'S ANSWER TO COMPLAINT** |
| 17   STAGES OF BEAUTY, LLC, a | |
| 18   Delaware limited liability company; and DOES 1-10, inclusive, | **DEMAND FOR JURY TRIAL** |
| 19 | |
| 20          Defendants. | Action Filed:    September 14, 2017 |
| 21 | Trial Date:      None set |

22

23

24

25

26

27

28

*(Left margin, vertical text):* **VENABLE LLP**   2049 CENTURY PARK EAST, SUITE 2300   LOS ANGELES, CA 90067   310-229-9900

Defendant Stages of Beauty, LLC ("Stages of Beauty" or "Defendant"), by and through the undersigned counsel, hereby answer Plaintiff Matthew Lopez's Complaint as set forth below. Stages of Beauty expressly denies any allegations which it does not expressly admit.

## INTRODUCTION AND OVERVIEW OF CLAIMS

1.    Defendant denies the allegations in the third sentence of Paragraph 1. The first, second, and fourth sentences of Paragraph 1 contain a statement of the case and a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations in the first, second, and fourth sentences of Paragraph 1.

2.    Defendant admits that it made automatic renewal or continuous service offers to consumers in and throughout the United States. Defendant denies the remainder of the allegations in Paragraph 2.

3.    Paragraph 3 contains a statement of the case and a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 3.

## JURISDICTION AND VENUE

4.    Defendant admits that this Court has subject matter jurisdiction over the Complaint. The remainder of the allegations in Paragraph 4 contain legal conclusions to which no response is required. To the extent a response is required, Defendant denies the remainder of the allegations in Paragraph 4.

5.    Defendant admits that this Court has personal jurisdiction over Defendant for jurisdictional and venue purposes only. The remainder of the allegations in Paragraph 5 contain legal conclusions to which no response is required. To the extent a response is required, Defendant denies the remainder of the allegations in Paragraph 5.

6.    Defendant admits that venue is proper in this judicial district for venue purposes only. The remainder of the allegations in Paragraph 6 contain

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1

legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the remainder of the allegations in Paragraph 6.

## PARTIES

7.    Defendant lacks sufficient information to form a belief as to the allegations in the first sentence of Paragraph 7.  To the extent a response is required, Defendant denies the allegations in the first sentence of Paragraph 7. The second sentence of Paragraph 7 contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in the second sentence of Paragraph 7.

8.    Defendant denies the allegations in the last sentence of Paragraph 8. Defendant admits the remainder of the allegations in Paragraph 8.

9.    Paragraph 9 contains a statement of the case and a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 9.

10.    Defendant lacks sufficient information to form a belief as to the allegations in Paragraph 10.  To the extent a response is required, Defendant denies the allegations in Paragraph 10.

## FACTUAL BACKGROUND

11.    Paragraph 11 contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 11.

12.    Paragraph 12 contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 12.

13.    Paragraph 13 contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 13.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

DEFENDANT STAGES OF BEAUTY LLC'S ANSWER TO COMPLAINT
CASE NO. 3:17-cv-01888-MMA-KSC

14.     Paragraph 14 contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 14.

15.     Paragraph 15 contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 15.

16.     Paragraph 16 contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 16.

## DEFENDANT'S BUSINESS

17.     Paragraph 17 contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 17.

18.     Defendant admits the allegations in the first sentence of Paragraph 18. Defendant denies the remainder of the allegations in Paragraph 18.

19.     Defendant denies the allegations in Paragraph 19

20.     Defendant denies the allegations in Paragraph 20.

## Defendant Failed to Provide an Acknowledgment as Required by Cal. Bus. & Prof. Code § 17602(a)(3)

21.     Defendant denies the allegations in Paragraph 21.

## CLASS ACTION ALLEGATIONS

22.     Defendant denies that Plaintiff is entitled to class certification.  The remainder of the allegations in Paragraph 22 contains a statement of the case and legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the remainder of the allegations in Paragraph 22.

23.     Defendant denies that Plaintiff is entitled to class certification.  The remainder of the allegations in Paragraph 23 contains a statement of the case and

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

DEFENDANT STAGES OF BEAUTY LLC'S ANSWER TO COMPLAINT
CASE NO. 3:17-cv-01888-MMA-KSC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1  legal conclusion to which no response is required.  To the extent a response is
2  required, Defendant denies the remainder of the allegations in Paragraph 23.

3       24.    Defendant denies that Plaintiff is entitled to class certification.  The
4  remainder of the allegations in Paragraph 24 contains a statement of the case and
5  legal conclusion to which no response is required.  To the extent a response is
6  required, Defendant denies the remainder of the allegations in Paragraph 24.

7       25.    Defendant denies that Plaintiff is entitled to class certification.  The
8  remainder of the allegations in Paragraph 25 contains a statement of the case and
9  legal conclusion to which no response is required.  To the extent a response is
10  required, Defendant denies the remainder of the allegations in Paragraph 25.

11       26.    Defendant denies that Plaintiff is entitled to class certification.  The
12  remainder of the allegations in Paragraph 26 contains a statement of the case and
13  legal conclusion to which no response is required.  To the extent a response is
14  required, Defendant denies the remainder of the allegations in Paragraph 26.

15       27.    Defendant denies that Plaintiff is entitled to class certification.  The
16  remainder of the allegations in Paragraph 27 contains a statement of the case and
17  legal conclusion to which no response is required.  To the extent a response is
18  required, Defendant denies the remainder of the allegations in Paragraph 27.

19       28.    Defendant denies that Plaintiff is entitled to class certification.  The
20  remainder of the allegations in Paragraph 28 contains a statement of the case and
21  legal conclusion to which no response is required.  To the extent a response is
22  required, Defendant denies the remainder of the allegations in Paragraph 28.

23       29.    Defendant denies that Plaintiff is entitled to class certification.  The
24  remainder of the allegations in Paragraph 29 contains a statement of the case and
25  legal conclusion to which no response is required.  To the extent a response is
26  required, Defendant denies the remainder of the allegations in Paragraph 29.

27       30.    Defendant denies that Plaintiff is entitled to class certification.  The
28  remainder of the allegations in Paragraph 30 contains a statement of the case and

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1    legal conclusion to which no response is required.  To the extent a response is

2    required, Defendant denies the remainder of the allegations in Paragraph 30.

3        31.    Defendant denies that Plaintiff is entitled to class certification.  The

4    remainder of the allegations in Paragraph 31 contains a statement of the case and

5    legal conclusion to which no response is required.  To the extent a response is

6    required, Defendant denies the remainder of the allegations in Paragraph 31.

7    ## FIRST CAUSE OF ACTION

8    **FAILURE TO PRESENT AUTOMATIC RENEWAL OFFER TERMS OR**

9    **CONTINUOUS SERVICE OFFER TERMS CLEARLY AND**

10   **CONSPICUOUSLY AND IN VISUAL, PROXIMITY TO THE REQUEST**

11   **FOR**

12   **CONSENT OFFER (CAL. BUS. & PROF. CODE§ 17602(a)(l))**

13   **(By Plaintiff, on his own behalf and on behalf of the Class, against All**

14   **Defendants)**

15       32.    Defendant realleges and incorporates herein by reference each and

16   every answer in the foregoing paragraphs as though fully set forth herein.

17       33.    Paragraph 33 contains a legal conclusion to which no response is

18   required.  To the extent a response is required, Defendant denies the allegations in

19   Paragraph 33.  Additionally, Defendant denies the allegations in Paragraph 33

20   because the Court dismissed Plaintiff's Cause of Action Number 1 with prejudice

21   (Dkt. No. 13).

22       34.    Defendant denies the allegations in Paragraph 34.  Additionally,

23   Defendant denies the allegations in Paragraph 34 because the Court dismissed

24   Plaintiff's Cause of Action Number 1 with prejudice (Dkt. No. 13).

25       35.    Defendant denies the allegations in Paragraph 35.  Additionally,

26   Defendant denies the allegations in Paragraph 35 because the Court dismissed

27   Plaintiff's Cause of Action Number 1 with prejudice (Dkt. No. 13).

28

36.     Defendant denies the allegations in Paragraph 36.  Additionally, Defendant denies the allegations in Paragraph 36 because the Court dismissed Plaintiff's Cause of Action Number 1 with prejudice (Dkt. No. 13).

## SECOND CAUSE OF ACTION

### FAILURE TO OBTAIN CONSUMER'S AFFIRMATIVE CONSENT BEFORE THE SUBSCRIPTION IS FULFILLED

### (CAL BUS. & PROF. CODE §§ 17602(a)(2) and 17603)

### (By Plaintiff, on his own behalf and on behalf of the Class, against All Defendants)

37.     Defendant realleges and incorporates herein by reference each and every answer in the foregoing paragraphs as though fully set forth herein.

38.     Paragraph 38 contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 38.  Additionally, Defendant denies the allegations in Paragraph 38 because the Court dismissed Plaintiff's Cause of Action Number 2 with prejudice (Dkt. No. 13).

39.     Defendant denies the allegations in Paragraph 39.  Additionally, Defendant denies the allegations in Paragraph 39 because the Court dismissed Plaintiff's Cause of Action Number 2 with prejudice (Dkt. No. 13).

40.     Defendant denies the allegations in Paragraph 40.  Additionally, Defendant denies the allegations in Paragraph 40 because the Court dismissed Plaintiff's Cause of Action Number 2 with prejudice (Dkt. No. 13).

41.     Defendant denies the allegations in Paragraph 41.  Additionally, Defendant denies the allegations in Paragraph 41 because the Court dismissed Plaintiff's Cause of Action Number 2 with prejudice (Dkt. No. 13).

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**THIRD CAUSE OF ACTION**

**FAILURE TO PROVIDE ACKNOWLEDGMENT WITH AUTOMATIC RENEWAL TERMS AND INFORMATION REGARDING CANCELLATION POLICY**

**(CAL. BUS. & PROF. CODE §§ 17602(a)(3))**

**(By Plaintiff, on his own behalf and on behalf of the Class, against All Defendants)**

42.     Defendant realleges and incorporates herein by reference each and every answer in the foregoing paragraphs as though fully set forth herein.

43.     Paragraph 43 contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 43.  Additionally, Defendant denies the allegations in Paragraph 43 because the Court dismissed Plaintiff's Cause of Action Number 3 with prejudice (Dkt. No. 13).

44.     Defendant denies the allegations in Paragraph 44.  Additionally, Defendant denies the allegations in Paragraph 44 because the Court dismissed Plaintiff's Cause of Action Number 3 with prejudice (Dkt. No. 13).

45.     Defendant denies the allegations in Paragraph 45.  Additionally, Defendant denies the allegations in Paragraph 45 because the Court dismissed Plaintiff's Cause of Action Number 3 with prejudice (Dkt. No. 13).

46.     Defendant denies the allegations in Paragraph 46.  Additionally, Defendant denies the allegations in Paragraph 46 because the Court dismissed Plaintiff's Cause of Action Number 3 with prejudice (Dkt. No. 13).

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**FOURTH CAUSE OF ACTION**

**VIOLATION OF THE UNFAIR COMPETITION LAW**

**(CAL. BUS. & PROF. CODE§ 17200 et. seq.)**

**(By Plaintiff, on his own behalf and on behalf of the Class, against All Defendants)**

47.     Defendant realleges and incorporates herein by reference each and every answer in the foregoing paragraphs as though fully set forth herein.

48.     Paragraph 48 contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 48.

49.     Defendant denies the allegations in Paragraph 49.

50.     Defendant denies the allegations in Paragraph 50.

51.     Defendant denies the allegations in Paragraph 51.

52.     Defendant denies the allegations in Paragraph 52.

53.     Defendant denies the allegations in Paragraph 53.

**PRAYER FOR RELIEF**

A.     Defendant denies that Plaintiff is entitled to the relief sought in Prayer for Relief A or to any relief at all.

B.     Defendant denies that Plaintiff is entitled to the relief sought in Prayer for Relief B or to any relief at all.

C.     Defendant denies that Plaintiff is entitled to the relief sought in Prayer for Relief C or to any relief at all.

D.     Defendant denies that Plaintiff is entitled to the relief sought in Prayer for Relief D or to any relief at all.

E.     Defendant denies that Plaintiff is entitled to the relief sought in Prayer for Relief E or to any relief at all.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

F.     Defendant denies that Plaintiff is entitled to the relief sought in Prayer for Relief F or to any relief at all.

G.     Defendant denies that Plaintiff is entitled to the relief sought in Prayer for Relief G or to any relief at all.

H.     Defendant denies that Plaintiff is entitled to the relief sought in Prayer for Relief H or to any relief at all.

I.     Defendant denies that Plaintiff is entitled to the relief sought in Prayer for Relief I or to any relief at all.

J.     Defendant denies that Plaintiff is entitled to the relief sought in Prayer for Relief J or to any relief at all.

## AFFIRMATIVE DEFENSES

For its additional defenses to the Complaint, Defendant alleges as follows:

Defendant incorporates by reference each of its answers to Paragraph 1 through 53 above as if fully set forth herein and asserts the affirmative defenses listed below, without conceding that any of the following necessarily must be pled as an affirmative defense.  By setting forth these affirmative defenses, Defendant does not assume the burden of proving any fact, issue, or element of a claim where such burden properly belongs to Plaintiff.  Moreover, nothing stated herein is intended or shall be construed as an acknowledgement that any particular issue or subject matter necessarily is relevant to Plaintiff's allegations.

## FIRST AFFIRMATIVE DEFENSE
### (Failure To State A Claim for Relief)

The Complaint, and each of the purported claims for relief alleged therein, fails to state facts sufficient to constitute any claim for relief against Defendant.

9

## SECOND AFFIRMATIVE DEFENSE

### (Lack Of Standing)

The Complaint, and each of the purported claims for relief alleged therein, is barred in whole or in part because Plaintiff does not have standing to assert the claims alleged in the Complaint, and to represent any putative class.

## THIRD AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The Complaint, and each of the purported claims of relief alleged therein, is barred in whole or in part by applicable statutes of limitations.

## FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

The Complaint, and each of the purported claims of relief alleged therein, is barred in whole or in part by the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

The Complaint, and each of the purported claims of relief alleged therein, is barred in whole or in part by the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

### (Consent, Acquiescence, Laches)

The Complaint, and each of the purported claims of relief alleged therein, is barred in whole or in part by the doctrines of consent, acquiescence, and laches.

## SEVENTH AFFIRMATIVE DEFENSE

### (Lack Of Willfulness)

The Complaint, and each of the purported claims of relief alleged therein, is barred in whole or in part because the alleged wrongful conduct on Defendant's part was not willful.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

## EIGHTH AFFIRMATIVE DEFENSE

### (Justification)

The Compliant, and each of the purported claims of relief alleged therein, is barred in whole or in part because the alleged wrongful conduct on Defendant's part was justified.

## NINTH AFFIRMATIVE DEFENSE

### (Uncertain/Unmanageable Damages)

The Complaint, and each of the purported claims of relief alleged therein, is barred because the requested monetary relief is too speculative, remote, and/or impossible to prove and/or allocate.

## TENTH AFFIRMATIVE DEFENSE

### (No Right To Restitution)

Defendant denies that Plaintiff has stated a valid claim for relief, but in any case deny that Plaintiff is entitled to restitution under any of the claims alleged in the Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Lack Of Scienter Or Knowledge)

The Complaint, and each of the purported claims of relief alleged therein, is barred in whole or in part because Defendant lacked scienter or knowledge of the facts and circumstances giving rise to the claims asserted in the Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

### (Compliance With Laws/Safe Harbor)

The Complaint, and each of the purported claims of relief alleged therein, is barred in whole or in part by California's safe harbor doctrine because Defendant's actions, at all relevant times and places, were in compliance with applicable law.

DEFENDANT STAGES OF BEAUTY LLC'S ANSWER TO COMPLAINT
CASE NO. 3:17-cv-01888-MMA-KSC

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Causation)

The Complaint, and each of the purported claims of relief alleged therein, is barred in whole or in part because the alleged wrongdoing did not proximately cause Plaintiff's injury.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Improper Class Representative)

As to each and every claim for relief set forth in the Complaint, Plaintiff does not constitute a proper representative of the putative class, is not qualified to protect and represent fairly and adequately the interests of every member of the purported class, and does not have claims typical of other putative class members.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Failure To State A Class Action)

The Complaint, and each claim for relief purportedly alleged against Defendant, fails to set forth facts sufficient to constitute a class action, among other things, members of the class have divergent interests, and questions of law and fact affecting only individual members of the purported class predominate over questions of law or fact common to members of the putative class and class action is not superior to other available methods for the fair and efficient adjudication of this controversy and counsel for the putative class is not suitable.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No Damage Or Injury Suffered)

Plaintiff has suffered no cognizable damage or injury attributable to Defendant as a result of the matter alleged in the Complaint.

## SEVENTEETH AFFIRMATIVE DEFENSE

### (Unconstitutional)

The Complaint, and each claim for relief purportedly alleged against Defendants, is barred because the statutes under which the Complaint is brought

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

12

1  are unconstitutional to the extent they are applied in a manner that violates any

2  constitutional protection, including:

3        a.    The excessive fines clauses of the Eighth Amendment to the United

4  States Constitution;

5        b.    The due process clause of the Fourteenth Amendment to the United

6  States Constitution;

7        c.    The constitutional prohibition against grossly excessive punishment;

8        d.    The constitutional prohibition against vague, standardless, and

9  overbroad laws;

10        e.    The constitutional rights of free speech and free association.

11  **EIGHTEENTH AFFIRMATIVE DEFENSE**

12  **(Unjust Enrichment)**

13  Plaintiff is barred from recovering against Defendant because any recovery

14  in favor of Plaintiff would result in Plaintiff's unjust enrichment.

15  **NINETEENTH AFFIRMATIVE DEFENSE**

16  **(Conduct Not Illegal, Unfair, Or Fraudulent)**

17  Plaintiff's Complaint fails to state a claim for misleading, illegal, unfair, or

18  fraudulent business practices under California Business & Professions Code

19  section 17200, because Defendant's conduct was not misleading, illegal, unfair, or

20  fraudulent.

21  **TWENTIETH AFFIRMATIVE DEFENSE**

22  **(Barred By Due Process Protections)**

23  Plaintiff's claims are barred in whole or in part because Plaintiff's claims of

24  violation of California Business & Professions Code section 17200 are

25  insufficiently definite to provide adequate or fair notice of the conduct proscribed,

26  in violation of the Due Process Clauses of the Fifth and Fourteenth Amendments to

27  the United States Constitution and Article 1, Section 7 of the California

28  Constitution.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Good Faith)

The Complaint, and each of the purported claims alleged therein, is barred in whole or in part because Defendant acted in good faith at all times.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (No Attorneys' Fees)

Plaintiff's request for attorneys' fees is barred, because it lacks any basis in law or contract.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Unclean Hands)

The Complaint, and each of the purported claims for relief alleged therein, is barred in whole or in part by the doctrine of unclean hands.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Comparative Fault Of Plaintiff)

Negligence, breach of contract, or other fault or misconduct of Plaintiff or his agents directly and proximately contributed to Plaintiff's alleged damages, which conduct either bars or reduces the recovery sought by Plaintiff.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Contributory Fault Of Third Parties)

The damages suffered by Plaintiff, if any, proximately resulted from the negligence, breach of contract, or other fault or misconduct of parties, persons, and/or entities other than Defendant, and the liability of Defendant, if any, must be limited in direct proportion to the percentage of fault actually attributable to Defendant.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Allocation/Contribution)

The damages suffered by Plaintiff, if any, proximately resulted from the negligence, tortious, and/or wrongful conduct of parties, persons, and/or entities

other than Defendant.  Defendant is therefore entitled to an allocation and/or contribution of damages according to the percentage of fault of each other such party.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE
### (Bus. & Prof. Code § 17604(b) Safe Harbor)

The Complaint, and each of the purported claims of relief alleged therein, is barred in whole or in part by the statutory safe harbor provided by California Business and Professions Code section 17604(b) for good faith compliance with California's Automatic Renewal Law (Cal. Bus. & Prof. Code §§ 17600 *et seq.*).

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE
### (Reservation)

Defendant hereby gives notice that it intends to rely upon any additional affirmative defenses that become available or apparent during the pendency of this action and thus reserve the right to amend its Answer to assert such additional defenses.

### PRAYER FOR RELIEF

WHEREFORE, having fully answered this Complaint, Defendant respectfully prays from this Court:

1. That certification of the putative class be denied;

2. That Plaintiff's Complaint be dismissed with prejudice and order that Plaintiff take nothing from Defendant;

3. That judgment be entered in favor of Defendant against Plaintiff;

4. That Defendant be awarded attorneys' fees and costs of suit; and

5. For such other and further relief as the Court may deem just and proper.

DEFENDANT STAGES OF BEAUTY LLC'S ANSWER TO COMPLAINT
CASE NO. 3:17-cv-01888-MMA-KSC

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1

Dated:  February 23, 2018

2

VENABLE LLP
Daniel S. Silverman
Matthew M. Gurvitz

3

By:  /s/ Daniel S. Silverman

4

Daniel S. Silverman
Attorneys for Defendant
STAGES OF BEAUTY, LLC

5

6

7

8

9

10

11

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16

# DEMAND FOR JURY TRIAL

Defendant Stages of Beauty demands trial by jury on all issues triable as a right by jury.

Dated:  February 23, 2018

VENABLE LLP
Daniel S. Silverman
Matthew M. Gurvitz

By:  /s/ Daniel S. Silverman
      Daniel S. Silverman
Attorneys for Defendant
STAGES OF BEAUTY, LLC

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 23, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I declare under penalty of perjury that the foregoing is true and correct.

By:     /s/ Daniel S. Silverman
            Daniel S. Silverman
            DSSilverman@Venable.com

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900